UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICKY GERALD MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV823MLM |
| ) | |
| JOHN E. POTTER, ) | |
| Postmaster General, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the court's Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered for Defendant John E. Potter, Postmaster General, and against Plaintiff Ricky Gerald Moore, and that Plaintiff's Amended Complaint is **DISMISSED**, with prejudice. Doc. 4.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of August, 2007.